PER CURIAM. 

(No. 74-CC-220—Claimant 

MAREA C. RIVERS, Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed February 28, 1974.*

MAREA C. RIVERS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM. 

(No. 74-CC-247—Claimant 

MOODY'S INVESTORS SERVICE, INC., Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed February 28, 1974.*

MOODY'S INVESTORS SERVICE, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.